IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MICHAEL KIRK,

     Plaintiff,                      No. 2:08-cv-02249-SRT

     vs.

T. FELKER, et al.,                   **ORDER**

     Defendants.

_____/

In light of the answers to Kirk's complaint, Kirk's request for a ruling in his favor is DENIED.

Defendant Grannis's request for a forty-five day extension of time to file a responsive pleading to Kirk's complaint is GRANTED. Grannis's responsive pleading is due on October 1, 2009.

In light of the information provided by the United States Marshals Service that Defendant David is no longer employed at the facility that houses Kirk and has moved to Iraq, Kirk's complaint will continue to operate against Defendants Felker and Grannis only.

DATED: August 21, 2009              /s/ Sidney R. Thomas

                                        Sidney R. Thomas, United States Circuit Judge

                                        Sitting by Designation

1